IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOBBY FULKS, JR. and ANTOINETTE FULKS, | |
| Plaintiffs, | 8:15-CV-260 |
| vs. | ORDER |
| HEUBEL MATERIAL HANDLING, INC. & NATUREWORKS, LLC, | |
| Defendants. | |

This matter is before the Court on the parties' Joint Motion for Dismissal of Claims (filing 57), voluntarily dismissing all claims by plaintiffs against NatureWorks, LLC. The motion will be granted.

IT IS ORDERED:

1. The parties' Joint Motion for Dismissal of Claims (filing 57) is granted.

2. The plaintiffs' claims against NatureWorks, LLC are dismissed with prejudice.

Dated this 14th day of October, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge