# United States District Court
## District of Nebraska

| | |
|---|---|
| Bobby Fulks, Jr. and Antoinette Fulks, Husband and Wife,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>Heubel Material Handling, Inc.<br><br>　　　　　　Defendants.<br>v.<br><br>Menlo Logistics, Inc.,<br><br>　　　　　　Third-Party Plaintiff. | Case No. 8:15-cv-260<br><br><br>**ORDER** |

On November 18, 2016, the parties advised the court that this case is fully settled. On December 22, 2016, Plaintiff filed a Motion to Enforce Settlement (Filing No. 64). Defendant Huebel filed a brief in opposition to Plaintiffs' motion on January 4, 2017 (Filing No. 66).

IT IS ORDERED:

1) Plaintiffs' Motion to Enforce Settlement (Filing No. 64) is granted.

2) Defendant Heubel shall execute the Settlement and Release Agreement referenced in paragraph four (4) of Plaintiffs' Motion to Enforce Settlement (Filing No. 64).

3) Defendant Heubel shall pay settlement funds to Plaintiffs' by delivery of payment to Plaintiff's counsel not later than January 13, 2017.

4) The parties shall file appropriate dismissal documents within five (5) days of Plaintiffs' counsel's receipt of the settlement funds.

Dated this 6th day of January, 2017

BY THE COURT:

John M. Gerrard, United States Judge