IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOBBY FULKS, JR. and ANTOINETTE FULKS,<br><br>Plaintiffs,<br><br>vs.<br><br>HEUBEL MATERIAL HANDLING, INC. & NATUREWORKS, LLC,<br><br>Defendants. | 8:15-CV-260<br><br>JUDGMENT |

On the parties' Joint Motion for Dismissal (filing 68), this action is dismissed with prejudice.

Dated this 17th day of February, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge